533 A.2d 708

**George H. CLARKE, Petitioner,**

**v.**

**WOODSTOWN CONSTRUCTION INCORPORATED, Respondent.**

Supreme Court of Pennsylvania.

Nov. 2, 1987.

## ORDER OF COURT

**PER CURIAM.**

The petition for allowance of appeal in the above-captioned case is granted. The order of the Superior Court at *Woodstown Construction Inc. v. Clarke,* 362 Pa.Super. 119, 523 A.2d 804 (1987) is reversed and the order of the Court of Common Pleas of Columbia County awarding liquidated damages under 42 Pa.C.S.A. § 8104 is reinstated.